# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Antwon Williams,<br><br>    Plaintiff,<br>v.<br><br>Portfolio Recovery Associates, LLC, Lisa Doe, Tempest Doe, Karen Doe and Charles Crest,<br><br>    Defendants. | Civil No.: 10-CV-04032 MJD/AJB<br><br>ORDER |

## ORDER

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

             BY THE COURT

Dated: November 16, 2010         s/Michael J. Davis
                                 The Honorable Michael J. Davis
                                 Chief U.S. District Judge,
                                 District of Minnesota