# UNITED STATES DISTRICT COURT
## District of Minnesota

Antwon Williams,

       Plaintiff,

V.

Portfolio Recovery Associates, LLC,
Lisa Doe, Tempest Doe, Karen Doe and
Charles Crest,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-CV-4032 MJD/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

| November 18, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/J. Zuech |
| | (By)       J. Zuech   Deputy Clerk |